REMAND/JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-5848-GW(RAOx) | Date | October 15, 2015 |
|---|---|---|---|
| Title | Li Wang, et al. v. National Railroad Passenger Corporation, et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kevin Richard Boyle | Michael E. Murphy |
| Ryan Abram Casey | |

**PROCEEDINGS:** TELEPHONIC HEARING RE:

MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT [15];

DEFENDANT MARK LUDWICK'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6) [19]

Court and counsel confer. Parties inform the Court that the matter could not be resolved. Based on the Tentative Ruling issued on October 8, 2015, and for reasons stated on the record, Plaintiff's Motion to Remand is GRANTED. The above-entitled action is remanded to the Santa Barbara Superior Court (15CV01340). Defendant Ludwick's Motion to Dismiss is TAKEN OFF-CALENDAR.

: 12

Initials of Preparer  JG